**Albert BROWN, Appellant,**

v.

**CITY OF COLUMBIA and Treasurer of the State of Missouri—Custodian of the Second Injury Fund, Respondents.**

WD 78829

Missouri Court of Appeals,
Western District.

FILED: August 16, 2016

Todd C. Werts, Columbia, MO for appellant

Erin C. Smith, Jefferson City; Richard L. Montgomery, Jr. and Amanda M. Pope, Columbia for respondents

Before Division Four: Alok Ahuja, P.J., Anthony Rex Gabbert, J., and Thomas C. Fincham, Sp.J.

## ORDER

PER CURIAM:

Albert Brown appeals an award issued by the Labor and Industrial Relations Commission; which denied his workers' compensation claim for heat-related injuries he allegedly suffered in the course of his employment as a recycling truck driver for the City of Columbia. Brown contends that the denial of his claim was unsupported by competent and substantial evidence. We affirm. Because a published opinion would have no precedential value, we have provided the parties an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).